COMPASSION IN DYING, a Washington nonprofit corporation; Jane Roe; John Doe; James Poe; Harold Glucksberg, M.D., Plaintiffs–Appellees,

v.

STATE OF WASHINGTON; Christine Gregoire, Attorney General of Washington, Defendants–Appellants.

No. 94–35534.

United States Court of Appeals, Ninth Circuit.

Decided Aug. 25, 1997.

Before: BROWNING, HUG, SCHROEDER, FLETCHER, PREGERSON, REINHARDT, BEEZER, WIGGINS, THOMPSON, FERNANDEZ, and KLEINFELD, Circuit Judges.

This case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion in *Washington v. Glucksberg,* —— U.S. ——, 117 S.Ct. 2258, 138 L.Ed.2d 772.